# IN THE SUPREME COURT OF THE STATE OF NEVADA

GEORGE A. TOLIVER,
          Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
AND BRIAN WILLIAMS, WARDEN,
          Respondents.

No. 72439

FILED

APR 14 2017

[signature]
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a purported order denying a "motion for petition for writ of mandamus" entered February 7, 2017. Eighth Judicial District Court, Clark County; James Crockett, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that it was prematurely filed, before the entry of a final written judgment, and is therefore of no effect. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987). The district court minutes reflect that the petition was simply taken off calendar on February 7, 2017; no order resolving the petition has been entered. We conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc: Hon. James Crockett, District Judge
George A. Toliver
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A